[No. 10229–3–II.  Division Two.  April 21, 1988.]

DON PENNINGTON & ASSOCIATES REALTY, INC., *Respondent,* v. TERRANCE SCHLATTER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–03338–1, William L. Brown, Jr., J.,

entered July 29, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.